No. 01–6275.  REED v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–6276.  CAMACHO-VELASQUEZ v. UNITED STATES (Reported below: 263 F. 3d 165); CHAVEZ-GARCIA v. UNITED STATES (263 F. 3d 165); ESPINDOLA-ARMANZA v. UNITED STATES (263 F. 3d 165); GONZALEZ-GRANADOS v. UNITED STATES (263 F. 3d 166); IBARRA-CRUZ v. UNITED STATES (263 F. 3d 166); JARAMILLO-MENDEZ v. UNITED STATES (263 F. 3d 165); LOPEZ-ALCANTARA v. UNITED STATES (263 F. 3d 166); MARTINEZ-MIJAREZ v. UNITED STATES (263 F. 3d 165); PENUELAS-MONTOYA v. UNITED STATES (263 F. 3d 165); and SAVEDRA-CARBAJAL v. UNITED STATES (263 F. 3d 165).  C. A. 5th Cir.  Certiorari denied.

No. 01–6282.  LAYDEN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–6284.  LUNA-VASQUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6290.  PHAM v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–6291.  MOLIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6292.  PARRIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6293.  CASTILLO-OCON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6294.  ESPINAL v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–6296.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–6301.  RIOS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6304.  TAYLOR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–6306.  WARREN v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.